IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LUIS F. GONZÁLEZ-COLÓN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO, <u>et al.</u>**<br><br>**Defendant** | **CIVIL NO. 15-1560 (PAD)** |

**ORDER**

Before the court is the Commonwealth of Puerto Rico's "Motion to Dismiss the Second Amended Petition Pursuant to Rule 12(b)(6)" (Docket No. 71), which plaintiff opposed (Docket No. 72). These motions were referred to Magistrate Bruce J. McGiverin, who issued a Report and Recommendation (Docket Nos. 73 and 74), to which no objections have been filed.

The court has made an independent, *de novo*, examination of the entire record.  This review confirms that the magistrate judge's findings are well supported in the record and the law. As such, the court finds no reason to deviate from his recommendation.

Accordingly, the Court hereby ADOPTS in its entirety the magistrate judge's report for the reasons stated therein (Docket No. 74), and, accordingly, DENIES defendant's motion to dismiss.

**SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of January, 2017.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge